IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE A. FESTA,
    Petitioner,

vs.                                      Case No.  3:06cv74/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

       This matter is before the court upon Respondent's Motion to Expand the Record, and Petitioner's response thereto, which also includes a motion by Petitioner to expand the record, all filed pursuant to Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 (Docs. 21, 27).  Respondent seeks an order of this court to expand the record to include a copy of the following documents: (1) the search warrant executed on April 17, 1997 by the Honorable Thomas T. Remington, for the search of Petitioner's residence; and (2) the return of the same warrant with an inventory of items seized on the same date.  Respondent attached a copy of each document to his motion (Doc. 21, Exs. A and B).  Respondent asserts that the documents are relevant to the issue of the warrant's existence.  Petitioner contends that "to the extent that the Respondent is attempting to supplement the record with a *copy* of the alleged search warrant . . . Petitioner Festa submits that the alleged original search warrant does not exist and therefore the resulting search was unconstitutional" (Doc. 27 at 3).

       Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 provides that the court may direct that the record be expanded to include additional materials, including documents and exhibits, relevant to the determination of the merits of the petition.  Rule 7 also provides that the court may require that these materials be authenticated.  Upon careful consideration of the arguments of both parties, the court concludes that the documents attached to Respondent's motion

may be relevant.  However, the court directs the Respondent to authenticate the search warrant and inventory before either document will be added to the record.

Along with his response to Respondent's Motion to Expand the record, Petitioner also submitted a Motion to Expand the record (Doc. 27).  Pursuant to Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254, Respondent will be given an opportunity to admit or deny the correctness of the documents Petitioner seeks to include in the record.

Accordingly, it is **ORDERED**:

1. Respondent shall authenticate the search warrant and inventory attached to Respondent's motion (Doc. 21, Exs. A and B) within **TWENTY (20) DAYS** from the date of docketing of this order.

2. Respondent shall reply to Petitioner's motion to expand the record (Doc. 27) within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 8th day of September 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**