IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE A. FESTA,
    Petitioner,

vs.                                        Case No.  3:06cv74/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

        This matter is before the court upon Respondent's Motion to Expand the Record, Petitioner's response thereto, which also includes a motion by Petitioner to expand the record, and Respondent's response to Petitioner's motion, all filed pursuant to Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 (Docs. 21, 27, 29).

        Respondent seeks an order of this court to expand the record to include a copy of the following documents: (1) the search warrant executed on April 17, 1997 by the Honorable Thomas T. Remington, for the search of Petitioner's residence; and (2) the return of the same warrant with an inventory of items seized on the same date (Doc. 21).  Respondent attached a copy of each document to his motion (Doc. 21, Exs. A, B).  Respondent asserts that the documents are relevant to the issue of the warrant's existence.  Petitioner contends that "to the extent that the Respondent is attempting to supplement the record with a *copy* of the alleged search warrant . . . Petitioner Festa submits that the alleged original search warrant does not exist and therefore the resulting search was unconstitutional" (Doc. 27 at 3).  Pursuant to this court's order (Doc. 28), Respondent authenticated the copy of the warrant and explained the disposition of the original search warrant with two affidavits (Doc. 29).  Respondent attached copies of both affidavits as exhibits to his motion (*id.*, Exs. A, B).

Next, Petitioner seeks to supplement the record to include a copy of the following documents: (1) "Court minutes" from the state trial court; (2) letters from the Okaloosa County Sheriff's Office, the First Judicial Circuit State Attorney's Office, and the Okaloosa County Clerk of Court to Petitioner, to demonstrate that no search warrant was filed in this case; and (3) a copy of the affidavit in support of the search warrant (Doc. 27).  Petitioner attached a copy of each document to his motion (*id.*, Exs. A, B, C).  Respondent does not oppose expanding the record to include the court minutes or the affidavit (Doc. 29 at 2, 3), but Respondent does oppose expanding the record to include the letters sent to Petitioner about the warrant (Doc. 29 at 2–3).

Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 provides that the court may direct that the record be expanded to include additional materials, including documents and exhibits, relevant to the determination of the merits of the petition.  Upon cursory review of the pleadings filed in the instant case, and upon careful consideration of the arguments of both parties, the court concludes that the documents attached to the motions of Respondent and Petitioner may be relevant.  Therefore, both motions to expand the record shall be granted.

Accordingly, it is **ORDERED**:

1.  Respondent's motion to expand the record (Doc. 21) is **GRANTED**.  The record shall be expanded to include the documents attached to Doc. 21 as Exhibits A and B.

2.  Petitioner's motion to expand the record (Doc. 27) is **GRANTED**.  The record shall be expanded to include the documents attached to Doc. 27 as Exhibits A, B, and C.

**DONE AND ORDERED** this 3rd day of October 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**