IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE A. FESTA,
    Petitioner,

vs.                                        Case No.  3:06cv74/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## **O R D E R**

      This matter is before the court upon Petitioner's Motion to Expand the Record, filed pursuant to Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 (Doc. 31).  Petitioner seeks an order of this court to expand the record to include a transcript of a tape-recorded August 17, 1998 meeting between the prosecutor and state agent Alex Viola (*id.*).  Petitioner attached a copy of the transcript to his motion (*id.*, Ex. A).  Respondent opposes the expansion of the record to include the transcript, because Petitioner did not present the transcript as evidence to the state court in his post-conviction proceedings (Doc. 34 at 7).[1]  Respondent does not deny the authenticity of the transcript (*see id.*).

      Rule 7 of the Rules Governing Habeas Corpus Actions Under Section 2254 provides that the court may direct that the record be expanded to include additional materials, including documents and exhibits, relevant to the determination of the merits of the petition.  Upon cursory review of the pleadings filed in the instant case, and upon careful consideration of the arguments of both parties,

---

[1] The court notes that both parties previously sought to expand the record, and both requests were granted (*see* Docs. 21, 26, 27, 28).  Upon Respondent's motion, the record was expanded to include the search warrant executed on April 17, 1997 for the search of Petitioner's residence and the return of the same warrant with an inventory of items seized on the same date (Doc. 21, Exs. A, B; Doc. 28).  Upon Petitioner's motion,  the record was supplemented to include court minutes from the state trial court; letters from the Okaloosa County Sheriff's Office, the First Judicial Circuit State Attorney's Office, and the Okaloosa Clerk of Court to Petitioner; and a copy of the affidavit in support of the search warrant (Doc. 27, Exs. A, B, C; Doc. 28).

the court concludes that the document attached to Petitioner's motion may be relevant.  Therefore, Petitioner's motion to expand the record shall be granted.

Accordingly, it is **ORDERED**:

Petitioner's motion to expand the record (Doc. 31) is **GRANTED**.  The record shall be expanded to include the transcript of the tape-recorded August 17, 1998 meeting between the prosecutor and state agent Alex Viola, attached to Doc. 31 as Exhibit A.

**DONE AND ORDERED** this 5th day of December 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**