IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE A. FESTA,
    Petitioner,

v.        CASE NO.: 3:06cv74/MCR/MD

WALTER A. MCNEIL,
    Respondent.
    _____/

## O R D E R

This cause is before the court upon petitioner's motion for leave to appeal *in forma pauperis* (doc. 53) and motion for certificate of appealability (doc. 54). Petitioner previously filed a notice of appeal (doc. 48), which was construed as a motion for certificate of appealability (doc. 49). In a separate order (doc. 51), the Court determined that petitioner had not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this Court's February 9, 2009 Order (doc. 46) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on November 25, 2008 (doc. 42), denied the certificate of appealability. For the same reasons, there is no good faith basis for an appeal and petitioner has not shown that he is entitled to proceed *in forma pauperis*. Fed.R.App.P. 24(a).

Accordingly, it is ORDERED:

1. Petitioner's motion for certificate of appealability (doc. 54) is DENIED.

2. Petitioner's motion for leave to appeal *in forma pauperis* (doc. 53) is DENIED. Petitioner shall pay the $455.00 filing fee within thirty (30) days of the date of this order.

DONE AND ORDERED this 16th day of March, 2009.


    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**